## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Clearance Frost, Tammy Frost,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fleet Farm LLC,<br><br><br>　　　　Respondent. | Civ. No. 24-760 (JWB/LIB)<br><br><br><br>**ORDER FOR DISMISSAL** |

The plaintiff and Fleet Farm LLC have filed a Stipulation of Dismissal (Doc. No. 16). Based on that Stipulation, Fleet Farms LLC is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**


Dated: August 20, 2024　　　　　　　*s/ Jerry W. Blackwell*
　　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　United States District Court Judge

2924879