# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Clarence Frost, Tammy Frost,<br><br>Plaintiffs,<br><br>v.<br><br>Fleet Farm LLC,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 24-cv-760 JWB/LIB |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Fleet Farms LLC is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 8/21/2024                                                                         KATE M. FOGARTY, CLERK